```
          UNITED STATES DISTRICT COURT
            DISTRICT OF NEW HAMPSHIRE
```

Naseef Bryan, Jr.

    v.                                                       Case No. 24-cv-377-LM-AJ

NH Department of Education et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 13, 2024. For the reasons explained therein, the pending motions to participate in electronic filing (Doc. No. 3) and for summary judgment (Doc. No. 4) are dismissed as moot.

The clerk shall enter judgment and close this case.

                                                            _____
                                                            Landya B. McCafferty
                                                            Chief Judge

Date: February 7, 2025

cc:   Naseef Bryan, Jr., pro se